In re Estate of Kachadoor Manoogian, deceased.
Zakar Markarian, appellant, v. Avedis Bogosian, administrator of the estate of Kachadoor Manoogian, deceased, appellee. Gen. No. 35,116.

Opinion filed November 24, 1931.
Martin M. Gross, for appellant. McDonald & Richmond, for appellee.
Mr. Justice Kerner delivered the opinion of the court.

Winifred L. Donly et al., complainants, v. Hermina Boyer and Lawrence R. Boyer, defendants.
Hermina Boyer and Lawrence R. Boyer, appellees, v. Winifred L. Donly et al., defendants, on appeal of Winifred L. Donly, appellant. Gen. No. 35,123.

Opinion filed November 24, 1931.
Edward H. Kubitz, for appellant. Cavender, Milchrist & Kaiser, for appellees.
Mr. Justice Kerner delivered the opinion of the court.

Portia G. Lee, appellant, v. Robert H. Sage and The Duco Corporation of Chicago, appellees. Gen. No. 35,132.

Opinion filed November 24, 1931.
Enoch J. Price, for appellant. Schuyler, Dunbar & Weinfeld and Arthur J. Murphy, for appellees; Arthur J. Murphy, George W. Lennon and Jack S. Morris, of counsel.
Mr. Justice Kerner delivered the opinion of the court.

Al. Simon, appellee, v. Fred M. Johns, appellant. Gen. No. 35,225.

Opinion filed November 24, 1931. Rehearing denied December 7, 1931.
Joseph H. Hinshaw, for appellant; William A. Hanson, of counsel. Nicholas J. Mascha, for appellee.
Mr. Justice Kerner delivered the opinion of the court.